IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES LAW, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. NO. C-06-204 |
| | § | |
| ROLANDO GARCIA, | § | |
| | § | |
| Defendant. | § | |

### ORDER

On this day came on to be considered the "Parties' Report on Mediation" (D.E. 21). The Court hereby EXTENDS the deadline for the parties to report the results of mediation to April 30, 2007.

SIGNED and ENTERED this 20th day of March, 2007.

_____
Janis Graham Jack
United States District Judge