IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES LAW, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. NO. C-06-204 |
| | § | |
| ROLANDO GARCIA, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

On this day came on to be considered the "Parties' Agreement on Review of and Contribution to Joint Pretrial Order" (D.E. 27). The Court hereby ORDERS that Plaintiff shall allow Defendant at least three (3) working days for review of and contribution to the joint pretrial order.

SIGNED and ENTERED this 4th day of April, 2007.

_____
Janis Graham Jack
United States District Judge