IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES LAW, | § | |
| Plaintiff, | § | |
| vs. | § | C.A. NO. C-06-204 |
| ROLANDO GARCIA, | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

In accordance with the agreement of the parties, the Court hereby enters final judgment against Defendant Rolando Garcia in the amount of $3,000.00 to Plaintiff James Law in satisfaction of Plaintiff's intentional infliction of emotional distress claim against the Defendant. It is further order that Plaintiff's Eighth Amendment and assault and battery claims against the Defendant are hereby dismissed with prejudice. All costs are taxed against the party incurring the same.

Signed on the 4th day of June, 2007.

_____
Janis Graham Jack
United States District Judge